# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Felicia Harper
*Plaintiff*

Civil Action No.: 10 Civ 5513

v.

York Home Care
*Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10-1-2010

## SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are: **PRO SE FELICIA HARPER**
**101-20 94TH STREET**
**QUEENS, NY 11416**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 0 2 2010

RUBY J. KRAJICK
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

PRO SE OFFICE

| | | |
|---|---|---|
| STATE OF NEW YORK<br>U. S. DISTRICT COURT<br>ATTORNEY(S): , PH:<br>   ADDRESS: File No.: | COUNTY OF  SOUTHERN DISTRICT | INDEX #: 10Civ5513<br>Date Filed: |

*Felicia Harper*

*vs*                                                                                  *Plaintiff(s)/Petitioner(s)*

*York Home Care*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF QUEENS, ss.:                                  **AFFIDAVIT OF SERVICE**

_____Christian Saldana_____, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On _____September 22, 2010_____ at __3:46 pm__,
at _____112-14 Corona Avenue, Queens, NY 11368_____, deponent served the within
Summons in a Civil Action and Complaint for Employment Discrimination

on: _____York Home Care_____, _____Defendant_____ therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said _____Defendant_____ personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]
By delivering to and leaving with _____Greg "Doe" - supervisor_____ and that deponent knew the person so served to be the Managing Agent of the corporation, and authorized to accept service.

**#3 SUITABLE AGE PERSON** [ ]
By delivering _____ of each to _____, a person of suitable age and discretion.
Deponent asked said individual if he/she were able to accept on behalf of said _____Defendant_____ and he/she responded with an affirmative.
Said premises is _____Defendant_____  [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the _____Defendant_____ in person.*

**#4 AFFIXING TO DOOR** [ ]
By affixing _____ of the above named process to the door of said premises, which is _____Defendant_____
[ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING** [ ] (use with #3 or #4)
On _____ deponent completed said service by mailing one copy of the above named process to the above address in a First Class postpaid properly addressed envelope to each _____Defendant_____ marked "Personal and Confidential in an official depository under the exclusive care and custody of the United States Post Office.  [ ] RPAPL 735 - one copy of the above named process was also sent by Certified Mail to each respondent to the above address which is the premises sought to be recovered.

**#6 PREVIOUS ATTEMPTS** [ ] (use with #4)
Deponent was unable, after due diligence, to find previously attempted to serve the above named _____Defendant_____ or a person of suitable age and discretion, having called thereat
on the _____ day of _____, at _____
on the _____ day of _____, at _____
on the _____ day of _____, at _____

**#7 DRL.Sec. 232** [ ]
The required notice was legibly printed on the face of the Summons. [ ] I identified the defendant by a photograph annexed hereto which was provided by the plaintiff. [ ] I asked the person served if he/she was the person named in the Summons and he/she admitted being the person so named.

**#8 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:    [ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding    [ ] Address does not exist
[ ] Out of business    [ ] Other: _____

**#9 DESCRIPTION** [X] (use with #1, #2 or #3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: __Male__    Color of skin: __White__    Color of hair: __Black__    Age: __30-40 yrs.__    Height: __5' 7" - 5' 8"__
Weight: __161 - 200 Lbs.__    Other: _____

**#10 WIT. FEES** [ ]
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#11 MILITARY STATUS** [ ]
At the time and place of service of the above named process. I asked _____ whether he/she, the named _____Defendant_____ or any other occupant(s) of the premises sought to be recovered were in the military service of the United States Government or of the State of New York or dependent upon anybody in the military service. The person served/spoken to responded "no" and wore ordinary civilian clothes and no military uniform. He/she also informed me that the _____Defendant_____ wore ordinary civilian clothes and no military uniform. From the facts set forth above, I am convinced that _____ are/is not in the military service of the United States Government or of the State of New York at the present time and that neither the respondents-tenants nor ar in occupancy of the subject premises are dependent upon anyone in the active military service.

Sworn to before me on this __23rd__ day of __September, 2010__

_____
DAVID HARRIS
NOTARY PUBLIC, State of New York
No. 02HA5071954, Qualified in Queens County
Commission Expires January 27, 2011

*Christian Saldana* (signature)
Christian Saldana

Server's Lic. # 1178721

Invoice•Work Order # 0704118

**EXTREME ATTORNEY SERVICES, INC.** - 88-32 SUTPHIN BLVD.- JAMAICA, NY 11435 - PH 718-291-5544; FAX 718-291-5566

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 21, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**CERTIFIED I.F.P.**

FELICIA HARPER,

                Plaintiff(s),     :     **ORDER**

-against-     :     10 Civ. 5513 ( UA )

YORK HOME CARE,

                Defendant(s).     :
------------------------------------------------------------x

Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

SO ORDERED.

*Loretta A. Preska* (signature)

LORETTA A. PRESKA
Chief Judge

Dated: July 21, 2010
       New York, New York

A TRUE COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk