UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICIA HARPER,<br><br>        Plaintiff,<br><br>  -against-<br><br>YORK HOME CARE,<br><br>        Defendant. | CIVIL ACTION NUMBER:<br>10-Civ-5513(JSR)<br><br><br><u>**CIVIL RULE 7.1 STATEMENT**</u> |

  PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANT YORK HOME CARE (PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF THEIR STOCK:

  None

Dated: New York, New York
   October 25, 2010

PECKAR & ABRAMSON, P.C.

By: _____
 AARON C. SCHLESINGER (AS-8744)
 Attorneys for Defendant
 York Home Care
 41 Madison Avenue, 20th Floor
 New York, New York 10010
 (212) 382-0909

To: Felicia Harper Pro Se
  101-20 94th Street
  Ozone Park, New York 11416

LAW OFFICES

**Peckar &
Abramson**
A Professional Corporation

329381.1/10/24/10

## DECLARATION OF SERVICE

I declare that, on this date, a copy of this Civil Rule 7.1 Statement was sent via federal express overnight mail upon Plaintiff as follows:

> Felicia Harper Pro Se
> 101-20 94th Street
> Ozone Park, New York 11416

Dated: October 25, 2010

By: _____
AARON C. SCHLESINGER (AS-8744)